UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANICE WALKER,** <br>     **Plaintiff,** <br><br> v. <br><br> **WORLD TRAVEL HOLDING, INC.,** <br>     **Defendant.** | **Civil Action No.** <br> **18-11046-NMG** |

## ORDER

**GORTON, J.**

    1.   The motion for leave to proceed in forma pauperis is ALLOWED.

    2.   The Clerk shall issue a summons. The plaintiff shall serve the summons, complaint, and this order on the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1. Service must be completed within 90 days of the date of this order.

    3.   Because the plaintiff is proceeding in forma pauperis, she may elect to have service completed by the United States Marshals Service ("USMS"). If the plaintiff chooses to have service completed by the USMS, she shall provide the agency with all papers for service on the defendant and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide the plaintiff with forms and instructions for service.

**So ordered.**

                                                            /s/ Nathaniel M. Gorton
                                                            Nathaniel M. Gorton
                                                             United States District Judge

Dated: 5/30/18